IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CORNELIUS C. MITCHELL**                                                                         **PETITIONER**
**#17379-026**

v.                                    Case No: 2:24-cv-00221-LPR

**SHANNON GIBSON,**[1]
*Acting Warden, Forrest City*
*Correctional Institution*                                                                        **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 11). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice as Petitioner's claims are now moot. The Clerk is instructed to close this case.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Shannon Gibson should be substituted as the new Respondent in this case. The Clerk is directed to update the docket sheet to reflect this change.